## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ULYSSE LOUISMA, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 11-CV-2104 |
| AUTOMATED FINANCIAL, LLC and METABANK, d/b/a META PAYMENT SYSTEMS, a division of METABANK, | ) ) ) ) ) | Judge Sharon Johnson Coleman<br><br>Magistrate Young B. Kim |
| Defendants. | ) | |

## NOTICE OF MOTION

To: See Certificate of Service

PLEASE TAKE NOTICE that on Thursday, August 9, 2011 at 8:45 a.m., the undersigned counsel shall appear before the Honorable Judge Coleman, presiding in Courtroom 1425 of the Everett McKinley Dirksen Federal Building, located at 219 South Dearborn Street, Chicago, Illinois and then and there present the ***Plaintiff's L.R. 40.4 Motion to Reassign for Relatedness***, a copy of which is attached hereto and hereby served upon you.

                                                Respectfully submitted,

                                                By: /s/ Stacy M. Bardo
                                                One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Tel: (312) 782-5808
Fax: (312) 377-9930

2

**CERTIFICATE OF SERVICE**

      I, Kym Lozano, paralegal, hereby certify under penalties of perjury as provided under 28 U.S.C. § 1746 that I used the CM/ECF system to electronically file the attached *Plaintiff's L.R. 40.4 Motion to Reassign for Relatedness*, on August 5, 2011, which provides notice to the following counsel of record for Defendants in both *Karen Cole v. Automated Financial, LLC and Metabank, d/b/a Meta Payment Systems, a division of Metabank*, Case No. 11-CV-3299, and *Ulysse Louisma v. Automated Financial, LLC and Metabank, d/b/a Meta Payment Systems, a division of Metabank*, Case No. 11-CV-2104:

Daniel Shapiro
Angela Liu
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661

                                                      /s/ Kym Lozano