**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ULYSSE LOUISMA, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 1-11-cv-02104 |
| v. | ) ) | Honorable Sharon Johnson Coleman |
| | ) | Magistrate Judge Young B. Kim |
| AUTOMATED FINANCIAL, LLC, and METABANK, d/b/a META PAYMENT SYSTEMS, a division of METABANK, | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS AUTOMATED FINANCIAL, LLC'S AND METABANK'S**
**RESPONSE TO PLAINTIFF'S MOTION TO REASSIGN FOR RELATEDNESS**

On August 5, 2011, Plaintiffs filed a Motion to Reassign for Relatedness ("Plaintiff's Motion") pursuant to Local Rule 40.4. (Doc. No. 24.) Plaintiff's Motion requested that *Karen Cole v. Automated Financial, LLC et al.*, Case No. 11-CV-3299, be reassigned to this Court for relatedness. A hearing was held on August 11, 2011, and pursuant to the Order entered on August, 11, 2011, Defendants were to respond by August 25, 2011. (Doc. No. 27.) In response, Defendants Automated Financial, LLC and MetaBank do not oppose Plaintiff's Motion.

Date: August 24, 2011                                   Respectfully submitted,

                                    By:  /s/ Daniel P. Shapiro
                                         One of the Attorneys for Defendants

Daniel P. Shapiro (ARDC #6183812)
Angela M. Liu (ARDC #6299353)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661
(312) 902-5200