**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ULYSSE LOUISMA, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>AUTOMATED FINANCIAL, LLC and )<br>METABANK, d/b/a META PAYMENT )<br>SYSTEMS, a division of METABANK, )<br>)<br>Defendants. ) | Case No.: 1-11-cv-02104<br>Honorable Sharon Johnson Coleman<br>Magistrate Judge Young B. Kim |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on August 24, 2011 we filed ***DEFENDANTS AUTOMATED FINANCIAL, LLC'S AND METABANK'S RESPONSE TO PLAINTIFF'S MOTION TO REASSIGN FOR RELATEDNESS*** with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

Date: August 24, 2011

Respectfully submitted,

By: /s/ Daniel P. Shapiro
   One of the Attorneys for Defendants
   Automated Financial, LLC and MetaBank

Daniel P. Shapiro (ARDC #6183812)
Angela M. Liu (ARDC #6299353)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661
(312) 902-5200

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 24, 2011 she caused ***DEFENDANTS AUTOMATED FINANCIAL, LLC'S AND METABANK'S RESPONSE TO PLAINTIFF'S MOTION TO REASSIGN FOR RELATEDNESS*** to be served using the CM/ECF System which will send notice of such filing to the following counsel of record:

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington Street, Suite 700
Chicago, IL 60602

/s/ Angela Liu