**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ULYSSE LOUISMA, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUTOMATED FINANCIAL, LLC, and )<br>METABANK, d/b/a META PAYMENT )<br>SYSTEMS, a division of METABANK, )<br>)<br>Defendants. ) | Case No.: 1-11-cv-02104<br>Honorable Sharon Johnson Coleman<br>Magistrate Judge Young B. Kim |

**DEFENDANTS AUTOMATED FINANCIAL, LLC AND METABANK'S
MOTION FOR ENTRY OF A PROTECTIVE ORDER
REGARDING CONFIDENTIAL INFORMATION**

Defendants Automated Financial, LLC ("Automated") and MetaBank, respectfully move this Court for entry of a proposed Protective Order. In support of its Motion, Defendants state as follows:

1. Defendants move for entry of the proposed Protective Order attached hereto as Exhibit 1. The primary purpose of the proposed Protective Order is to prevent unnecessary disclosure, to persons unrelated to this litigation, of confidential and proprietary business records that have been and will be produced in this matter, as well as any confidential or proprietary information produced by parties or third-parties. The proposed Protective Order is necessary to protect the business interests of the parties to this case and prevent disclosure of "Confidential" documents to third parties.

2. Because the Protective Order allows parties and third-parties to designate as "Confidential" documents that meet the standards for protection under Federal Rule of Civil

Procedure 26(c), and preclude such documents from being disclosed to persons outside this litigation, the Protective Order will streamline the discovery process by eliminating any inappropriate objections to the production of documents, either by parties or third-parties.

3. Federal Rule of Civil Procedure 26(c) permits district courts to enter appropriate Protective Orders.

4. Pursuant to Local Rule 37.2, Defendants state that the Parties have complied with the meet and confer requirements. Defendants provided a copy of the Proposed Protective Order to Plaintiff. The Parties then had conversations regarding the Proposed Protective Order on September 7, 2011 and September 8, 2011, but were unable to reach an accord.

WHEREFORE, for the foregoing reasons, Defendants Automated and MetaBank respectfully request that this Court enter the attached Protective Order.

Dated: September 8, 2011

Respectfully submitted,

By:/s/ Daniel P. Shapiro
One of the Attorneys for Defendants

Daniel P. Shapiro (ARDC #6183812)
Angela M. Liu (ARDC #6299353)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661
(312) 902-5200