**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ULYSSE LOUISMA, individually and on behalf of all others similarly situated, | ) ) ) | Case Pending before Northern District of Illinois |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 11-CV-02104 |
| AUTOMATED FINANCIAL, LLC and METABANK, d/b/a META PAYMENT SYSTEMS, a division of METABANK, | ) ) ) ) | Judge Sharon Johnson Coleman Magistrate Young B. Kim |
| Defendants. | ) ) | |

**MOTION TO QUASH SUBPOENA**

NOW COMES the defendant, Automated Financial, LLC, by and through its attorneys, Chalmers & Nagel, P.C., and for their Motion to Quash pursuant to FED. R. CIV. P. 45(c)(3)(A), defendant states as follows:

1. On or about September 21, 2011, plaintiff served a subpoena to produce documents to Triton Systems of Delaware, LLC ("Triton"). A true and accurate copy of said subpoena and rider are attached hereto as Exhibit A.

2. In the rider attached to plaintiff's subpoena, Triton is asked to produce documents for ATMs that are not subject to the instant litigation. Specifically plaintiff demands the following:

    1. Produce for inspection and copying all "originals" of any ***"Triton ATM Cash Dispenser - Installation/Warranty Registration"*** forms or **"ATM Registration Forms"** sent to you by your customer known as **"AFLLC" "Automated Financial"** or **"Automated Financial, L.L.C."** regarding ATMS installed or registered during the months of <u>April 2009 through May 2009</u>.

    2. Produce for inspection and copying all "originals" or any other correspondence, e-mails, documents or other material sent to you from **"AFLLC" Automated Financial"** or **"Automated Financial, L.L.C."**

>    which relate to the ATMS which were the subject of your response to the first category of document.
>
> 3. Produce for inspection and copying all "originals" (including its original electronic format) of any correspondence, e-mails, documents or other material relating to ATMs with the Terminal Numbers: 81936399, 81936400, 81936401, and 81936402.
>
> 4. Produce for inspection and copying all "originals" (including its original electronic format) of any correspondence, e-mails, documents or other material relating to ATMs with the UNIT Serial Numbers: LRL2315090910810, LRL2315090920864, LRL2315090920900, and LRL 2315090910801.
>
> 5. Produce for inspection and copying all "originals" (including its original electronic format) of any correspondence, e-mails, documents or other material relating to ATMs with the MECHANISM Serial Numbers: 1008541, 1153985, and 1008546.

(Pl.'s Subpoena Rider ¶¶1-5)

    3. In the rider, plaintiff is asking for documents related to machines that are not related to the instant litigation. (*Compare with, Louisma Compl. ¶12*)("[p]laintiff brings this Count on behalf of himself and a Class of all persons who were charged a transaction fee for the use of automated teller machine number TRA819364CD00001 located at 4999 Old Orchard Center, Skokie, Illinois 60077"); (*See also, Cole Compl. ¶12*)([p]laintiff brings this Count on behalf of herself and a class of all persons who were charged a transaction fee for the use of the ATM located at 845 N. Michigan Ave., Chicago, IL 60611, Terminal Number TRA819393720001.)

    4. Defendant, Automated Financial, LLC does business with Triton in relation to the ATMs cited in plaintiff's subpoena and the information requested by plaintiff contains certain proprietary business information including, but not limited to, the 1) type; 2) cost; and 3) functionality of those unrelated ATMs.

5. As such, the prejudicial affect in producing said documents concerning ATMs unrelated to this matter with defendant's proprietary and private business information outweighs any prohibitive value gained with said production.

WHEREFORE, the defendant, Automated Financial, LLC, moves this Court for the entry of an order quashing plaintiff's September 21, 2011 subpoena to Triton Systems of Delaware, LLC, and for any other relief that this Court deems proper and just.

Defendant, Automated Financial, LLC,

By: s/ Stuart M. Nagel
      One of Its Attorneys

Stuart M. Nagel
Chalmers & Nagel, P.C.
100 West Kinzie, Suite 250
Chicago, Illinois 60654
P: (312) 346-0880
F: (312) 836-0151
Attorney No. 6217493