# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| ULYSSE LOUISMA, individually and on behalf of all others similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUTOMATED FINANCIAL, LLC and ) <br> METABANK, d/b/a META PAYMENT ) <br> SYSTEMS, a division of METABANK, ) <br> ) <br> Defendants. ) | Case Pending before <br> Northern District of Illinois <br><br> Case No. 11-CV-2104 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Young B. Kim |

## NOTICE OF SUBPOENA

To:    See attached service list

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45, you are commanded to make available the documents and tangible things designated and described below on the date and time identified at the Consumer Advocacy Center, P.C., 180 W. Washington St., Suite 700, Chicago, IL 60602.

Date                        Time
October 21, 2011            10:00 a.m.

### Produce at the Time of Deposition

See Attached Document Rider

Dated: September 21, 2011        By: _____
                                 Lance A. Raphael, of his Attorneys

Lance A. Raphael
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602

DEFENDANT'S EXHIBIT A

## CERTIFICATE OF SERVICE

The undersigned paralegal hereby certifies that a true and correct copy of the above and foregoing *Notice of Subpoena* was served by certified mail, facsimile and e-mail to the subpoenaed witness and via facsimile to the following counsel or record on this 21st day of September, 2011:

Daniel Shapiro
Angela Liu
Katten Muchin Rosenman LLP
525 W Monroe Street
Chicago, IL 60661
(312) 902-1061

_____
Herman Mathews

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| ULYSSE LOUISMA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:11-cv-2104 |
| AUTOMATED FINANCIAL, LLC, et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Illinois ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Triton Systems of Delaware, LLC
21045 B Street, Long Beach, MS 39560

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Attached Document Rider

| Place: The Consumer Advocacy Center, P.C. 180 W. Washington St., Ste. 700 Chicago, IL 60602 | Date and Time: 10/21/2011 10:00 am |
|---|---|

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 09/21/2011

*CLERK OF COURT*

_____ OR _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing (*name of party*) __Ulysse Louisma__
_____, who issues or requests this subpoena, are:

Lance A. Raphael, The Consumer Advocacy Center, P.C., 180 W. Washington, Suite 700, Chicago, Illinois 60602, Tel: (312) 782-5808, e-mail: lance@caclawyers.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:11-cv-2104

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Triton

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Triton, 21045 B Street, Long Beach, MS 39560, by certified mail, return receipt requested.

on *(date)* 09/21/2011 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/21/2011

_____
Server's signature

Herman Mathews, Paralegal
*Printed name and title*

The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602

*Server's address*

Additional information regarding attempted service, etc:

09/21/2011 15:56 The Consumer Advocacy Center PC (FAX)13123779930 P.007/013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DOCUMENT RIDER

1. Produce for inspection and copying all "originals" of any "*Triton ATM Cash Dispenser –Installation/Warranty Registration*" forms or "ATM Registration Forms" sent to you by your customer known as "AFLLC" "Automated Financial" or "Automated Financial, L.L.C." regarding ATMS installed or registered during the months of April 2009 through May of 2009.

2. Produce for inspection and copying all "originals" of any other correspondence, e-mails, documents or other material sent to you from "AFLLC" "Automated Financial" or "Automated Financial, L.L.C." which relate to the ATMS which were the subject of your response to the first category of document.

3. Produce for inspection and copying all "originals" (including its original electronic format) of any correspondence, e-mails, documents or other material relating to ATMs with the Terminal Numbers: 81936399, 81936400, 81936401, and 81936402.

4. Produce for inspection and copying all "originals" (including its original electronic format) of any correspondence, e-mails, documents or other material relating to ATMs with the UNIT Serial Numbers: LRL2315090910810, LRL2315090920864, LRL2315090920900, and LRL2315090910801.

5. Produce for inspection and copying all "originals" (including its original electronic format) of any correspondence, e-mails, documents or other material relating to ATM with the MECHANISM Serial Numbers: 1008541, 1153985, and 1008546.

PAGE 7/13 * RCVD AT 9/21/2011 4:54:48 PM [Central Daylight Time] * SVR:CHI-US-FAX-02/3 * DNIS:50 * CSID:13123779930 * DURATION (mm-ss):04-16